1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8                    IN THE UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11 **LAURIE L. BERRYMAN**           )   Case No.  CIV-10-2936 DAD
   xxx-xx-1240                      )
12                                  )
                                    )   **STIPULATION AND**
13                                  )   **ORDER EXTENDING PLAINTIFF'S**
            **Plaintiff,**          )   **TIME TO FILE SUMMARY**
14                                  )   **JUDGEMENT MOTION**
   v.                               )
15                                  )
   **MICHAEL J. ASTRUE**            )
16 **Commissioner of Social Security** )
   **of the United States of America,** )
17                                  )
            **Defendant.**          )
18                                  )
                                    )
19 ─────────────────────────────────

20       IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21 Plaintiff's time to file his summary judgment is hereby extended from February 3, 2012, to March 22,

22 2012. This is Plaintiff's first extension on this case and is required due to Plaintiff's counsel's impacted

23 briefing schedule and need to brief three older cases due within the next four days.

24 / / / /

25 / / / /

26 / / / /

27

28

                                        1

| | |
|---|---|
| Dated: January 30, 2012 | /s/Bess M. Brewer<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: January 30, 2012 | Benjamin B. Wagner<br>United States Attorney |
| | Donna L. Calvert<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| | /s/ Daniel Talbert<br>Daniel Talbert |
| | Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: February 2, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec\berryman2936.eot

2