1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7
                    **IN THE UNITED STATES DISTRICT COURT**
8
                         **EASTERN DISTRICT OF CALIFORNIA**
9

10 **LAURIE L. BERRYMAN**           )    Case No.  CIV-10-2936 DAD
   xxx-xx-1240                      )
11                                  )
                                    )
12                                  )    **STIPULATION AND**
                                    )    **ORDER EXTENDING PLAINTIFF'S**
13         **Plaintiff,**            )    **TIME TO FILE SUMMARY**
                                    )    **JUDGEMENT MOTION,**
14 v.                               )    **DECLARATION**
                                    )
15 **MICHAEL J. ASTRUE**            )
   **Commissioner of Social Security** )
16 **of the United States of America,** )
                                    )
17         **Defendant.**            )
                                    )
18 _____  )

19
       IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the
20
   Plaintiff's time to file his summary judgment is hereby extended to April 26, 2012.  The motion was
21
   previously extended to March 22, 2012, but Plaintiff's attorney failed to record the new date and as a
22
   result failed to timely file the motion.    Plaintiff's counsel was apprised of the oversight yesterday.
23
   Plaintiff's counsel apologizes for the oversight and requests that she be allowed to filed the brief on
24
   Thursday, April 26, 2012.  *See*, Declaration set forth below
25
   / / / /
26
   / / / /
27
   / / / /
28

                                              1

| | |
|---|---|
| Dated: April 18, 2012 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: April 18, 2012 | Benjamin B. Wagner <br> United States Attorney |
| | Donna L. Calvert <br> Acting Regional Chief Counsel, Region IX <br> Social Security Administration |
| | /s/ Daniel Talbert <br> Daniel Talbert <br> Special Assistant United States Attorney <br> Attorneys for Defendant |

## DECLARATION OF BESS M. BREWER

I, Bess M. Brewer, Declare:

1. I represent the plaintiff in the above referenced case pending in this court and submit this declaration in support of plaintiff's stipulated request for an extension of time to file his motion for summary judgment.

2. Plaintiff was granted an extension of time until March 22, 2012, to file her summary judgment motion. Unfortunately, I failed to properly calendar the extended due date and as a result failed to timely file her motion for summary judgment.

3. I did not realize my oversight until yesterday when I was contacted by a paralegal in the AG's office that the brief was past due.

4. I apologize to the court for my failure to timely file plaintiff's brief and request until Thursday, April 26, 2012, within which to file plaintiff's summary judgment motion. I

5. Opposing counsel does not object to the late filing.

2

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on April 18, 2012, in Sacramento, California.

/s/ Bess M. Brewer
BESS M. BREWER

**ORDER**

APPROVED AND SO ORDERED.

DATED: April 19, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec\berryman2936.eot2